United States District Court

Eastern District of Virginia
Norfolk Division

FILED

SEP -6 2011

CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

La'Shan D. Johnson
Defendant / Petitioner

vs.

The United States of America
Plaintiff / Respondant

Case No: 4:10CR111

Motion To Appoint
Counsel

## Motion to Appoint Counsel in Support of § 2255 Petition

Comes now, Petitioner Johnson, Pro-Se and Informa Pauperis, requesting new counsel to be appointed for representation regarding the § 2255 Petition filed with this Court on August 8, 2011.

Previous (appointed counsel), Kevin Diamonstein    Larry Dash    the subject of grounds one and two    of Petitioner's § 2255 Petition.

Wherefore, Petitioner Johnson    prays that the court grant her Petition of new counsel immediately for representation in § 2255 Petition.

La'Shan D. Johnson 11743 058

Alderson Federal Prison Camp

P.O. Box A

Alderson, WV 24910

Certificate of Service

This is to certify that I, La'Shan D. Johnson have served a true and correct copy of the foregoing:

Motion To Appoint Counsel in Support of § 2255 Petition upon the following addressed, by placing same in sealed envelope, bearing sufficient postage for the delivery via a United States Mail Service to:

United States District Court, Clerk
Eastern District of Virginia
Norfolk Division
Walter E. Hoffman US Federal Courthouse
600 Granby Street, Room 193
Norfolk, Virginia 23510-1915

Which was hand delivered to prison authorities at the mailroom provided for inmates on the grounds of the Alderson Federal Prison Camp, in West Virginia on

_____8th_____ day of _____August_____, 2011

La'Shan D. Johnson
La'Shan D. Johnson 11743058
Alderson Federal Prison Camp
P.O. Box A
Alderson, WV 24920
Pro-Se