

FILED

NOV 14 2011

CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

UNITED   STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LASHAN DENEICE JOHNSON                )          CIVIL CASE:   4:11CV134
                                      )          CRIMINAL CASE: 4:10CR111
_____             )
        DEFENDANT/PETITIONER          )
                                      )
        vs                            )          MOTION FOR FINAL DISPOSITION
                                      )
THE UNITED STATES OF AMERICA          )
                                      )
_____             )
        PLAINTIFF/RESPONDENT          )

WHEREFORE, comes now Petitioner Johnson, Pro-Se whom was charged with
Wire Fraud which is a violation of 18 USC 1343 and Aggravated Identity
Theft in violation of 18 USC 1028A (A) (1) & (C) and was sentenced
to a term of  51 months imprisonment with a Petition for 28 USC 2255
requesting this court to vacate, set aside, or correct sentence by
a person in federal custody based on the recent development in the
Skilling, Black, and Weyhrauch vs. United States of America cases.

The  Supreme  Court ruling on June 24, 2010, the " Anti-Fraud Law"
18 USC 1341, 1343, 1346 in Skilling vs. United States, Black vs.
United States, and Weyhrauch vs. United States. The Supreme Court
determined that the Honest Services Fraud Law, 18 USC 1341, 1343,
1346 may only be used to prosecute bribes and kickbacks.

On July, 2010 Petitioner Johnson claims the Wire Fraud Conviction
under 18 USC 1343 is invalid in the light of the recent case law.
These types of claims are properly brought in a motion to vacate,
set aside, or  correct sentence pursuant under 28 USC 2255.

The mail fraud statute, 18 USC 1341, and 1343 are treated in an
identical manner. See United States vs. Slevin, 106 F. 3d 1086,
1088 (2d Cir 1996). Because these statutes 18 USC 1341, 1343, 1346
use the same relative language, they should be analized the same
way. The charge includes the language of the cited statutes or
the deprivation of the intangible right of honest services.

DEFENDANT/PETITIONER'S RESPONSE
_____

The Petition 28 USC 2255 was originally filed on September 6, 2011.

Pursuant to policy and procedure of the Court, the Government's
Answer in Opposition To Petition to Vacate, Set Aside, or Correct
Sentence -60day deadline expired as of November 4, 2011.   No
response was received , and confirmation was received by the
defendant/petitioner via telephone by Deputy Clerk Kate of the
Newport News Division, and Deputy Clerk Tracy of the Norfolk
Division.

(1)

The Sixth Amendment to the United States Constitution guarantees
that in all criminal prosecutions the accused has the right to
the assistance of counsel for his/her defense. See US CONST. ,
Art. VI.  To obtain relief on a claim of ineffective counsel
under 28 USC 2255, Petitioner must prove two things; (1) deficient
performance by counsel, and (2) prejudice as justice.  See
Strickland vs. Washington, 466 US 668, 687-688(1984).  In
considering whether prejudice exists, the Court, " can only grant
relief under... Strickland if the result of the proceedings was
fundamentally unfair or unreliable.  Sexton vs. French, 163
F. 3d 874, 882 (4th Circuit 1999) (quoting Lockhart vs. Fretwell,
506 US 364, 369 (1993).

(1) ERRONEOUS ADVICE TO INDUCE ACCEPTANCE OF PLEA AGREEMENT

 a. Failure to advise defendant of change in law, Skilling vs.
United States, 558 US __, 129 S Ct. 2379, 173 L Ed 2 d 1291 (2009)

 b.  Counsel received case 14 days prior to sentencing. Counsel
did not have adequate time to review case to provide a proper defense.

 c. Defendant advised Counsel of other alias social security
numbers, numerous charges not pertaining to defendant listed
on the pre-sentence report. The Unit Team of the Alderson
Federal Prison along with the defendant conducted research
and received documentation from the Social Security Administration
and various jurisdictions indicating defendant was not person of
interest nor person formally charged.  Charges out of Hampton/
Newport News area where verified and documentation received from
the Clerk of Court verifying singular charge, warranting correction
on the Criminal History category of the pre-sentence report prepared
by Karen Franklin of the US Probation Division.

d. Counsel acted as a mere spectator and worked against interest
of defendant.

Therefore, Petitioner asks the  Court :

WHEREFORE, Petitioner Johnson stands incarcerated on an non-existent
alleged criminal offense 18 USC 1343 (Wire Fraud) and 18 USC 1028A
(A) (1) & (C) Aggravated Identity Theft and her actual innocence
of the scheme to defraud. With recent developments in the law,
ineffective representation of counsel, and numerous errors,
which have been exhibited in the addendum filed on October 21, 2011.
Petitioner has provided substantial exhibits to satisfy evidence of
the claim presented.

Petitioner Johnson clearly provided facts upon which relief should
be granted.


Petitioner Johnson asks the Court grant her Petition 28 USC 2255
to immediate release from prison on a non-criminal offense and
reverse her conviction to which she is entitled in the proceedings.

LaShan Johnson 11743058
Alderson Federal Prison Camp
P O Box A
Alderson, WV  24910

CERTIFICATE OF SERVICE

This is to certify that I, LaShan D. Johnson have served a true and correct copy of the foregoing:

MOTION FOR FINAL DISPOSITION
In support under 28 USC 2255 upon the following addressed, *by placing same in a sealed enevelope, bearing sufficient postage for the delivery via United States Mail Service to:

United States District Court, Clerk
Eastern District of Virginia
Norfolk Division

Walter E Hoffman US Federal Courthous
600 Granby Street, Room 193
NOrfolk, Virgina 23510

Which was hand-delivered to prison authorities at mailroom provided for inmates on the grounds of the Alderson Federal Prison Camp, Alderson, WV.

On the 7th day of November, 2011.

LaShan D. Johnson 11743058
Alderson Federal Prison Camp
PO Box A
Alderson, WV 24910
Pro-SE



Shan Johnson 11743058
Gilby Federal Prison Camp
Box A (A2)
Reusin, WY 24910

RECEIVED
NOV - 9 2011
U.S. DISTRICT JUDGE HCM

⇨11743-058⇦
Judge Henry C Morgan Jr
600 Granby ST
Room 193-Judges Chambers
Norfolk, VA 23510
United States

23510+1915  C012